UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.B. and S.B.1, individually and on behalf of
M.B.,

Plaintiffs,

v.

NEW YORK CITY PUBLIC SCHOOLS,

Defendant.

25-CV-9838 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*.  The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    April 6, 2026
           New York, New York

Ronnie Abrams
United States District Judge